FILED
CLERK, U.S. DISTRICT COURT
July 16, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Shayler,<br><br>    Plaintiff,<br><br>v.<br><br>MANSUR INVESTMENTS, LLC, a California Limited Liability Company, and Does 1-10,<br><br>    Defendants. | Case No.: 2:20-cv-09869-SB-AS<br><br>*Hon. Stanley Blumenfeld, Jr*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:  October 27, 2020<br>Trial Date:     Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff James Shayler's action against Defendant Mansur Investments, LLC, is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: July 16, 2021



Hon. Stanley Blumenfeld, Jr
United States District Judge